# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FREDERICK GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1350-F |
| ) | |
| JHCC SGT. GREGORY RITTER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After the court entered its order at doc. no. 9, payment of the initial partial filing fee was received from Mr. Gray. (Receipt, doc. no. 10.) The Report and Recommendation (doc. no. 7) is **ACCEPTED**. Mr. Gray need not file any objection or other response to the Report and Recommendation. This action is not dismissed for failure to make the initial payment. This action is referred back to the Magistrate Judge, consistent with the terms of the original referral.

Dated this 21st day of January, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1350p003.wpd